IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YESSENIA VÉLEZ RODRÍGUEZ,<br><br>**Plaintiff**<br><br>v.<br><br>DIDAXIS, INC.; PUERTO RICO GOVERNMENT DEPARTMENT OF HEALTH,<br><br>**Defendants** | **CIVIL NO. 23-1287 (RAM)** |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 54), judgment is entered **DISMISSING this action with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of July 2024.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge